**In re the MARRIAGE OF Paulina Anne MUELLER and Douglas Lee Mueller.**

**Paulina Anne Mueller, Petitioner/Respondent,**

**v.**

**Douglas Lee Mueller, Respondent/Appellant.**

No. ED 92170.

Missouri Court of Appeals, Eastern District, Division One.

Dec. 15, 2009.

Michael H. James, James Hutchison Forth & Snyder, P.C., St. Louis, MO, for respondent.

James M. Martin, Martin, Malec & Leopold P.C., St. Louis, MO, for appellant.

Before KATHIANNE KNAUP CRANE, P.J., CLIFFORD H. AHRENS, J., and NANNETTE A. BAKER, J.

*ORDER*

PER CURIAM.

This is an appeal from a decree of dissolution of marriage. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).